IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
IN AND FOR SEMINOLE COUNTY, FLORIDA

BEN MILLS,

    Plaintiff,

v.

    CASE NO.: 04-CA-2674-14-G

    6:05-CV-132-ORL-28KRS

WENNER MEDIA, LLC, a foreign
limited liability company d/b/a
ROLLING STONE MAGAZINE, and
ROLLING STONE, LLC, a foreign
limited liability company,

    Defendants.

_____/

## COMPLAINT

COMES NOW Plaintiff, BEN MILLS, and sues Defendants, WENNER MEDIA, LLC, a foreign limited liability company authorized to do business in the State of Florida, d/b/a ROLLING STONE MAGAZINE (hereinafter 'WM'), and ROLLING STONE, LLC, a foreign limited liability company authorized to do business in the State of Florida (hereinafter 'RS'), and alleges:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of $15,000.00, exclusive of interest, costs, and attorney's fees.

2. WM and RS are foreign limited liability companies authorized to do business in the State of Florida.

3. At all times relevant hereto, Jann S. Wenner (hereinafter WENNER), was and currently is Editor and Publisher of RS.

4. At all times relevant hereto, WENNER was and currently is Chairman of WM.

5. Sometime prior to October of 2004, Matt Taibbi (hereinafter TAIBBI), authored an article entitled 'Bush Like Me: Ten Weeks Undercover in the Grass Roots of the Republican Party' (hereinafter 'Article'), which appeared in *Rolling Stone Magazine*, Issue 960, dated October 28, 2004, for which TAIBBI was paid or otherwise compensated; a copy of the Article is attached hereto as Exhibit 'A'.

6. On or about October 28, 2004, the publication within which appeared the Article was offered for sale to the public generally by Defendants and was widely sold to and read by the public in Seminole County, Florida, and elsewhere in Florida, the United States, and throughout the world.

7. At all times relevant hereto, Plaintiff lived a quiet and private life, free from the curiosity that accompanies fame or notoriety and from the interest of the great mass of people in those whose conduct or behavior attracts general public interest. Plaintiff shunned notoriety and publicity, held and holds as precious the privacy of Plaintiff's personal life and of Plaintiff's acts and speech in all social relations. Plaintiff never exhibited nor sought to exploit Plaintiff's name or personality for money, profit or commercial gain.

8. At all times relevant hereto, Plaintiff was and currently is a sheriff's deputy in Tampa, Florida.

## INVASION OF PRIVACY

9.  Plaintiff realleges the allegations contained in paragraphs 1 through 8 as if fully set forth herein.

10. In the Article, Defendants referenced Plaintiff by first and last name, described his physical stature, and disclosed his place of employment.

11. In the Article, Defendants described Plaintiff as "portly" and "very lonely" and a person whose "deeply held ideas", if made public, would be "ridiculed".

12. In the Article, Defendants claimed that among Plaintiff's "very serious utopian ideas", was his belief in the benefits of a "society guarded by a clone army", that wounded clones could be easily shot dead, that there could be a "big [clone] breeding farm in Colorado", and a "special security force" to prevent "rogue clones" from "running around".

13. In the Article, Defendants referred to Plaintiff and others as "paranoid" and as "hapless morons" who reposed trust in TAIBBI, a self-described "dissolute, drug-abusing anarchist who reads the battle diaries of Vietnamese generals on rainy days, roots for Russia at the Olympics and once published an article titled, 'God Can Suck My Dick'."

14. In the Article, Defendants admit, and therefore exhibited knowledge, that TAIBBI is a superlatively "offensive individual".

15. On page 18 of Exhibit 'A', WENNER admits that Defendants were aware that TAIBBI's intent in authoring the Article was that TAIBBI "wanted to be the great pain in the ass of American History".

16. Defendants' acts were malicious, wanton, and willful in that, inter alia, Defendants knew their acts would harm Plaintiff evidenced by their admission on page 18 of Exhibit 'A' that TAIBBI's action was "the worst thing that could happen to [Plaintiff]" and that Plaintiff would "freak" when he heard about it.

17. On or about October 28, 2004, Defendants on many occasions published the Article that within which purports to be a description of Plaintiff that Plaintiff can recognize and that his friends, family, acquaintances, and co-workers can recognize as identifying Plaintiff in the public mind.

18. The Article was without the foreknowledge, consent, or acquiescence of Plaintiff.

19. The Article was read by Plaintiff, his friends, family, acquaintances, and co-workers, as well as the public at large.

20. Plaintiff's co-workers distributed an e-mail with an attachment of a picture of Plaintiff on the cover of *Rolling Stone Magazine* with captions that include, "Exclusive! Ben Mills", "Cloning: Does it work?", "We take you inside the mind of a Madman", and "America's Top 10 Portly Sheriff's Deputies", a copy of the picture is attached hereto as Exhibit 'B'.

21. As a result, Plaintiff has been subjected to ridicule by his friends, family, acquaintances, and co-workers.

22. As a result, Plaintiff has been injured because Plaintiff's personality has been violated by being exposed and sold to the public, Plaintiff's name has been cheapened and made notorious, Plaintiff has been subjected to contempt, ridicule, and inquisitive notice by the general public to the injury of Plaintiff's personality and self-respect, the disturbance of Plaintiff's peace of mind and privacy has been made conspicuous and identified to the public and has further resulted in Plaintiff suffering great mental pain.

23. As a result, Plaintiff has been damaged, the full extent of which has yet to be determined.

24. As a result, Plaintiff has had to incur reasonable attorney's fees and costs to bring this action.

25. The language of Exhibit 'A' overtly expresses Defendants' malicious, wanton and willful actions and provides evidence of a reasonable basis for the recovery of punitive damages.

WHEREFORE, Plaintiff, BEN MILLS demands judgment against Defendants, WENNER MEDIA, LLC, a foreign limited liability company authorized to do business in the State of Florida, d/b/a ROLLING STONE MAGAZINE, and ROLLING STONE, LLC, a foreign limited liability company authorized to do business in the State of Florida, for damages, including punitive damages, costs, reasonable attorney's fees, and any such other relief this Court deems just and proper.

## JURY DEMAND

Plaintiff demands trial by jury on all issues so triable.

DATED this 21 day of December, 2004.

DAMON A. CHASE, ESQUIRE
Florida Bar No. 642061
CHASE LAW OFFICES, P.A.
1009 E. Highway 436
Altamonte Springs, FL 32701
(407)834-0000 - Telephone
(407)834-6900 - Facsimile
Attorney for Plaintiff

# Rolling Stone

'DAILY SHOW'

## Good News!

...ats the
...al Thing

...e
...b Dylan
...ystery

T...
Yea...
M...
Offensi...
Mov...
(And Funni...

R...

UNDERCOVER IN THE BUSH CAMP
Behind Enemy Lines in Flori...
KERRY'S FIGHTING N...
An Inside Repor...

EXHIBIT "A"

# CORRESPONDENCE
## Love Letters & Advice



**:SARY OF ROCK**

**1sitivity**
FIFTY GREATEST [RS 958], especially on Jerry Garcia & It is refreshing to see still devoted to preservation. I have ROLLING STONE y you have thirty

d, via the Internet

**TO FOR YOUR** photographs issue. ght through as t. But I thought been much better Jeff Buckley's taken by David ubescent Britney le Spears is no al icon, the issue movers and shakers

**ACT US**
S, ROLLING STONE, of the Americas, 10104-0298 rollingstone.com 3454. Please fress and a nber. Letters may scribe at om or call (800) I ROLLING STONE /ca, P.O. Box : IA 51591-1243 05) 242-0296, or tone.com

ers of rock & roll, such as Buckley, who are still inspiring young singer-songwriters to this day.
*Chloe Finkelstein, Newton, MA*

THE FIFTY GREATEST PORTRAITS was a disappointment. Lil' Kim and Britney Spears may be a feast for the eyes, but they're musical lightweights. The photos of Marilyn Manson, Alice Cooper and Billy Corgan were unique and provocative, but all will be mere footnotes in rock & roll history. Artists such as Chuck Berry, Buddy Holly, Stevie Wonder, Marvin Gaye, James Brown, Eric Clapton, George Harrison, Joni Mitchell, Simon and Garfunkel, Bob Marley, Led Zeppelin and Elvis Costello should have eclipsed some of your choices.
*Ron Samuels, Pittsburgh*

AT WHAT POINT IN TIME DID Justin Timberlake make the leap from boy-band member to musical legend? Because I missed it. To include him in a class of artists such as Elvis, the Beatles and Jimi Hendrix is not only ridiculous but embarrassing for you. I used to think you were better than MTV.
*John Swiatowicz, Chicago*

### Crying Wolf
WOLF WEISS' REMARK ["HEAVY Metal Mercenary," RS 958] that "National Guardsmen, reserve units, a lot of weekend warriors – they were losing convoys left and right" shows me he isn't what he says he is. Any active or ex-soldier who cuts down his comrades in arms brings dishonor upon himself. Reservists and Guardsmen have answered the call to duty and left their families and livelihoods. They don't have the luxury of being able to visit their families in Kuwait on the weekends like Weiss. No matter what your view of this conflict, we, as Americans, ought to be thankful and respectful to those who serve. The "weekend warrior" label is as obsolete as 8-track tapes and is an insult that no soldier, or citizen, should tolerate.
*Sgt. 1st Class James Hayler Illinois Army National Guard*

### GOP'd Off
IN RS 958, YOU MENTIONED THAT I performed at a private show for Republican delegates ("Party Politics Clash at RNC"). I never have been – nor ever want to be – associated with the Republican Party. The event I played at B.B. King's in New York was arranged through Magnum Entertainment and was represented to me as a private event where business associates could network. It was never represented to me as a political function, and there was no signage or mention of that at the venue. This matter was also erroneously reported in the *New York Times*. I would appreciate your help in setting the record straight. It's a label I am quite uncomfortable wearing!
*Dickey Betts, Sarasota, FL*

---

## EDITORS' NOTES
### RS on the Campaign Trail



In 1998, Matt Taibbi (left) told ROLLING STONE he "wanted to be the great pain in the ass of American history." At the time, he was the twenty-eight-year-old editor of Moscow's *the eXile*, an English-language newspaper that exposed the corruption and hypocrisy of post-Soviet Russia. He also gained infamy writing about stunts such as wiretapping the Kremlin. Now Taibbi is content to become the great pain in the ass of an American president, going undercover for ten weeks as a volunteer in George W. Bush's campaign (Page 71). "Sending someone like me to spy on them is the worst thing they can imagine," he says. "When they hear about this, they are going to freak – and a lot of these people have guns. If I were still there, I would be worried about my physical safety."

This issue also sees the return of Paul Alexander, who reports the latest from the Kerry campaign (Page 49). The veteran journalist profiled John Kerry [RS 893] more than a year before the senator announced his candidacy, and since their meeting in October 2001, the Alabaman has followed Kerry's campaign like no other reporter. His Kerry biography, *The Candidate* (right), was published in July, and his documentary about Kerry's service in Vietnam, *Brothers in Arms*, hit the screens in August. "It seems crazy that I've been following this guy for three years," says Alexander. "I was at a fund-raiser in New York, and he stuck a finger in my face and said, 'You were here first.'"

---

**WAR ON** By David Rees



OCTOBER 28, 2004

**ROLLING STONE**

EDITOR AND PUBLISHER: Jann S. Wenner

DEPUTY MANAGING EDITORS: Will Dana, Joe Levy
ASSISTANT MANAGING EDITORS: Eric Bates, John Dioso
[masthead continues with extensive staff listing, contributing editors, art department, publishers, advertising, circulation, manufacturing, editorial operations, general manager, Wenner Media LLC officers, main offices and regional offices]

RALPH J. GLEASON 1917-1975



## Ten weeks undercover in the grass roots of the Republican Party By Matt Taibbi

I NEVER FELT ANY LONGING TO GO TO Orlando, Florida. What I felt, in traveling south to volunteer for the campaign of George W. Bush, was an obligation. Let me explain by first saying something about the critics of our president. A great many of them like to laugh at George Bush for not reading books and for being uninterested in visiting other countries. But a lot of those same people are guilty of the opposite offense. They prefer to read books and travel abroad rather than actually getting to know their own country face to face. ★ These critics do a terrific job of mocking his mental deficiencies and dismissing his supporters as hapless morons, but they do not do a very good job of explaining the nature of his support. The few dissident commentators who bother trying to explain the Bush phenomenon seldom do more than reach for the nearest Marx-inspired academic cliché. They will tell you, for instance, that Republicans are a vast intellectual underclass cynically manipulated by the rich through a mesmerizing cocktail of yahoo enthusiasms, xenophobic fears and ancient superstitions – and those same people will insist, if forced to offer an opinion on the subject, that one should feel sorry for most of them. >>

This is the wrong approach. As a professional misanthrope, I believe that if you re going to hate a person, you ought to do properly. You should go and live in his oes for a while and see at the end of it ow much you hate yourself.

This was what I was doing down in lorida. The real challenge wasn't just trying to understand these Republicans. It as to become the best Republican I uld be.

## Republicans are

erywhere, but everywhere is not a good lace to look for them. For my purposes I anted to try to catch them in their ideal abitat. That was why I chose Orlando. or me, it is hell on earth, the worst city a the planet, a place that would make me ing for Kinshasa or Volokolamsk. But for epublicans, it is ideal: a scorching-hot aved inland archipelago of garish shopping malls and stadium-size steel-and-ass Baptist churches, a place with no onhuman life apart from the caged animals at the theme parks, and an entire conomy organized around monstrous mples to fake experience.

I arrived in early June, moved into a eap hotel, called the local Republican ffice and offered to volunteer. They told e to come on by. So I went, arriving rly on a Tuesday morning at their small rip-mall office on the east side of town.

My cover story was a travesty, an idiotic tissue of halfhearted lies. I said I was New York City schoolteacher named on Hamill, in Orlando to spend a summer with a girlfriend who was from the ea. It was the best thing I could come p with to explain my Northern accent, y lack of local connections and all that ee time.

The story's only saving grace was that e truth was so much more unbelievable. epublicans are paranoid enough to expect a mole from the Kerry campaign, but I as far worse than that — a dissolute, drugousing anarchist who reads the battle laries of Vietnamese generals on rainy ays, roots for Russia at the Olympics and nce published an article titled "God Can uck My Dick." I was, in short, the most ffensive individual who could conceivbly be planted in the campaign of George V. Bush. I was tempted to feel guilty out this. But in the end I figured that it as only fair. Since John Ashcroft has ade it easy for FBI agents to infiltrate ati-war groups, it seemed to make sense at an anti-war journalist should infiltrate Ashcroft's party.

Orlando is the crucial city along a retch of interstate called the I-4 corridor, a swath of central Florida running om Daytona Beach to Tampa. Home to 7 million of Florida's 9.3 million registered voters, it has the bulk of the state's ndecided voters and is therefore the key winning Florida's twenty-seven electoral votes. When I got there, I expected teeming, ultramodern NORAD-style

ign headquarters, where I would to work my way up a giant totem pole. But in fact what I found was — nothing at all. For all intents and purposes, there was no campaign for George Bush in Orlando in early June. There was only one paid staffer, a central-Florida field director named Vienna Avelares, and a corner of a table at the local Orange County Republican Executive Committee. If the Republicans were building an electoral Death Star somewhere, it sure as hell wasn't in Florida.

The situation was completely disarming. Vienna, a gregarious Puerto Rican single mother who insisted on introducing herself as "Vienna — like the sausage," seemed desperate. I had planned on doing a good job anyway, but after meeting her I had a genuine desire to help get things going.

After just a week of coming in every day like this, I became — along with a young blond Sean Hannity fan named Ben Adrian, who also volunteered at that time — one of the most important Bush people in all of central Florida. Within a few weeks, we would both be given keys to the office and offered full-time jobs.



Taibbi had to convince his GOP colleagues he was one of them. The buttons helped.

## Here I w()nt to

make a general observation about the social aspect of working for Bush. It's very different than it is working for a Democratic candidate. Corny as this sounds, it is much more egalitarian and brotherly than most Democratic campaigns. Almost every Democratic campaign I've seen has let itself be seduced by the primary colors paradigm — the hip clique full of mildly sexually adventurous twentysomethings who have been working on their memoirs since high school and dream of that chance to wear Versace sport coats and crack jokes on Jimmy Kimmel Live.

If you've ever hung out wit Enrights and Joe Trippis of the know that the operative vibe o cratic insider is wisecracking o a reach to say that the ideolo that mainstream Democratic offered America since Clinto the supercool high school, the popular kids. For all the talk Democrats being the party of i really doesn't feel that way fron

That's not true of all Den course. I thought it was very d instance, in the campaign Kucinich. For the most part, U were motivated by something ambition, and just being p campaign meant you were in minority, with the whole worl laughing at you. Kucinich supp up for one another, because the

You get that same besieged fr ing in a Republican campaign o is no M*A*S*H ensemble-cas Nobody wears T-shirts that r thing, and nobody looks cool. later find out, most Republican ("They all think they're so cool a griped one woman as she w coverage of Democratic delega in Boston). Many of the parent met were especially bitter be think that cool is what liberals their children away. Which the well he right about, of course.

In my first month on the can not meet many people who ca office with the serious intentior hard for the president. I did, ho a great many very lonely people because they knew the Bush offi one place where they could sl deeply held ideas without being

Part of my job, I soon cam stand, was to be supportive w like portly Tampa sheriff's depu came in to share their very seri ideas — like the benefits of havi guarded by a clone army.

"We'd save a hell of a lot and medical expenses," he s you know if they got wou "You could just sho d.

Exactly — pow! Jus right in the grour e went on.

We'd just have a b in Colorado," he sa a security probler you know. If you had i ing around. You'd hav ial security force to mair That's where folks like us in," I said.

"Exactly," he said.

Folks like us. I was getting th

IN MY FIRST SIX WEEKS ON THE I saw only one black persor offices. He was a recently rele robber from Newark, New J was the guest of a local female

PHOTOGRAPH BY

politician. The ex-con was not particularly interested in Republican politics, although he did say something about wanting to hit Christine Todd Whitman in the face with a brick. I urged him to support the president, even though he couldn't vote. He didn't make any promises.

In mid-July a girlfriend came down from New York to visit me. I recruited her to help me with an idea I'd had to at least temporarily diversify my office environment. We decided that she would pose as a reporter for *Vibe* magazine, call our offices and ask whoever answered the phone if she could interview our "black volunteers."

"Penny" got my officemate Ben Adrian on the phone, and he instituted a frantic search that lasted several days. We thought at first that we might have a black professor from the University of Central Florida (sixteen miles away) on our volunteer list, but he turned out not to be available. Then Rhyan Metzler, the local Republican Party operative, gave us the number of an elderly man in Sarasota named Johnny Hunter.

As the chairman of the Federation of Black Republicans for the Republican Party of the State of Florida, Johnny was used to being called to this sort of duty. On the phone with "Penny," he explained that his job involved traveling around the state to meet people. "Wherever they need me," he said, "that's where I be rolling to."

Finally, Ben came through with someone more local. He managed to persuade a thirty-seven-year-old Promise Keeper Christian named Lorin Jones, a phlegmatic fellow who was recovering from two brushes with congestive heart failure, to come in for an interview.

We scheduled it, but "Penny" never showed up. I wanted to be there for what I knew would be an excruciatingly awkward situation; the lone black volunteer, dragged into the office to show off to the media, surrounded by a bunch of nervously small-talking white Republicans waiting for the no-show journalist.

Exactly this situation materialized. The bespectacled Lorin sat surrounded by me, Ben and a few other folks from the campaign, and treated this anxious clock-watching crowd to a lesson in the vagaries of black urban existence: "My dad was a drinker," he said. "He cared about the bottle more than he loved us. But what my mom did was, she worked – she was there in the afternoon; she wanted to see what we were doing in school...."

"Gee," mumbled Ben. "I can't imagine the strength.... I'd like to meet her."

"I know what it's like to have a parent who'll put a belt on my butt," Lorin continued.

Nervous silence. Nods.

A few minutes later, "Penny" called to cancel, citing car trouble. Lorin hung in there for a few minutes. Our older volunteer coordinator, Don Madden, came over to chat; the two of them apparently went to neighboring schools in California. Don's school, Don said, was great at basketball, but, he said, winking at Lorin, "You were probably the only guys who could have beaten us."

Lorin laughed uncomfortably. "We were OK," he said. "We were pretty good. Our college was pretty good at basketball."

Then another staffer came over to say hi. He knew Lorin from past campaigns and asked if Lorin was planning on coming in



In order to maintain his cover, Taibbi bones up on right-wing literature, such as *Left Behind*.

to do phone banking. Lorin answered that he wasn't, that he was busy setting up a school-supplies giveaway charity event in his neighborhood. The staffer laughed.

"Oh, come on," he said jokingly. "I know how you people don't like to work."

Lorin, who was halfway out the door, stopped at this. His smile disappeared. For a moment, he was genuinely pissed off. "We don't like to work?" he said. "That's all I do is work to make you white Republicans look good."

The staffer, a jovial guy who I normally liked quite a bit, said nothing and simply slapped Lorin on the back, laughed and helped him out the door.

"Good old Lorin," he said, going back to his office.

Vienna also chimed in after Lorin left. The two of them didn't like each other, having once disagreed at a community meeting.

"I don't like that guy," she said. Then she explained: "After that meeting, we really got into it. We were really shouting. He called me a spic. And so I said to him, 'Hey, I may be a spic, but at least I wasn't brought to this country as a slave. I was born here.'"

"Man," I thought, "We're just one big happy family."

# I ended up get-

ting to know Lorin Jones a little. He was an odd, sincere person who interested me largely because he was by far the most dedicated, effective and intellectually honest



Republican volunteer the party had in the area, and yet the campaign more or less completely ignored him.

A devout Christian, Lorin supported Bush not only because of the social-religious issues, but because he sincerely believed that state financial aid had had a corrosive effect on the black community and that communities should support themselves through charity. He was the living incarnation of the "thousand points of light" idea. He ought to have been a poster child for Republican values.

"In my neighborhood, you can go up to



anybody and ask where the black Republican lives," he said. "And they'll lead you right to my house. But they respect me because of what I've done."

And I saw this. At a function I would later attend in his neighborhood, I met several people who had been converted to Bush by Lorin. He was working round-the-clock for the president, but the campaign was just trying to turn him into another Johnny Hunter. "All they want me to do is start clubs," he said. "Tallahassee keeps calling and bugging me to start black clubs. And I hate that, because I think that puts us all in boxes. I think we should be going out into the community more."

Lorin believed that Republicans could win twenty percent of the black vote — not the usual ten percent — if they were smart about it. All they had to do, he said, was visit black churches and hand out fact sheets showing the Republican and Democratic stances on social and religious issues. "You wouldn't even have to campaign," he said. "You'd get an extra ten percent right there."

I must have heard him put forward that plan a half-dozen times, but no one did anything except smile and nod.

Some of the Republicans, however, were willing to help Lorin — sort of. A smallish contingent of five YRs (Young Republicans) met Lorin in front of an Office Depot in a white suburban area one Saturday to man a booth for soliciting school-supply donations for kids in Lorin's neighborhood. They worked cheerfully throughout the afternoon, giving away hot dogs and helping Lorin get a good amount of stuff.

But when it came time a few days later to actually give away the stuff in Lorin's West Orlando neighborhood, none of the YRs showed up. I was the only white Republican who made it. It was a remarkable event. More than 200 people, mostly single mothers and their children, showed up at a funeral home called Gail and Wynn's to receive the book bags and notebooks Lorin had gathered to give away in one of the reception rooms.

I helped distribute bags to the children. "Vote for Bush," I managed to whisper a few times.

That day Lorin confided to me that this might be his last go-round with the Republicans. "I think this might be it," he said. "I think I might be done with these people."

DURING MY TIME ON THE CAMPAIGN, I noticed an unusual phenomenon. The more involved a person was with the campaign, the more likely he was to be politically moderate. Most of the core group of our office — Vienna, Rhyan, Ben, Don — were quietly pro-choice or socially liberal in some other respect. It was the casual volunteers and the people whose only involvement was a bumper sticker who were likely to rant about liberals being traitors and agents of Islamo-Fascism who should be exiled from the country or jailed, etc.

I saw this clearly one weekend at a local gun show, where we were manning a voter-registration booth. I rotated with Rhyan and Vienna that weekend, and all three of us were quietly freaking out at the sight of all these fat weirdos from the sticks buying huge assault rifles and Confederate bumper stickers with messages such as IF I'D KNOWN THIS WOULD HAPPEN, I'D HAVE PICKED MY OWN COTTON.

"Man, I'm glad I'm a socially liberal Republican," whispered Rhyan at one point, laughing.

IT WAS LATE JULY, AND A NEW RECRUIT WAS talking in my car — let's call her Susie — and she was an opinionated, middle-aged fundamentalist-Christian mother of five. Originally from West Virginia, she was working the phones for Bush and sounding off on humanity's declining morals and the agents of the international liberal conspiracy.

"Are you married, Tom?" she asked.

I squinted in apprehension, sensing a Jesus conversation on the way. "Uh, no," I said.

"My oldest," she began, "has a three-year-old and has been with the same girl for six years, and he will not marry her."

"Oh," I said, remembering to sound shocked. "That must really upset you."

"It kills me," she said.

"Does he not go to church?"

"Oh, occasionally," she said, sighing. "He will tell you right off. ... He encourages her to go and to take their little daughter, and he tells you he's hopeful that God doesn't come, or nothing happens to him before he rededicates his life. But he's definitely not living a life that either honors God or is even pleasing to himself."

"You should give him those Left Behind books," I said solemnly.

I took a deep breath. Throwing out Left Behind — that runaway best seller in which God comes to earth and literally yanks the believers to heaven, leaving piles of still-warm clothes and dentures behind with the condemned — was like being a novice wizard and saying a spell for the first time. I wasn't sure it would actually work. It did.

"He won't read 'em," Susie answered seriously.

"He won't read them?" I cried, shocked.

"He won't read 'em," she repeated. "He doesn't like the way it makes him feel."

We talked for a little while longer, then Susie got up to go.

A half-hour later, the phone in the office rang. It was Susie, inviting me to dinner with her family. It was the act of a good Christian. I must have sounded lonely. "I'm making fettuccine Alfredo," she said.

I told her, "I love fettuccine Alfredo."

## One of the great

clichés of liberal criticism of the Christian right is the idea that these people are wrongheaded because they profess to know the will of God. H.L. Mencken put that one best, and perhaps first: "It is only the savage, whether of the African bush or the American gospel tent, who pretends to know the will and intent of God exactly and completely."

These criticisms sound like they make sense. But I think they are a little off-base. The problem not only with fundamentalist Christians but with Republicans in general is not that they act on blind faith, without thinking. The problem is that they are incorrigible doubters with an insatiable appetite for Evidence. What they get off on is not Believing, but in having their beliefs tested. That's why their conversations and their media are so completely dominated by implacable bogeymen: marrying gays, liberals, the ACLU, Sean Penn, Europeans and so on. Their faith both in God and in their political convictions is too weak to survive without an unceasing string of real and imaginary confrontations with those people — and for those confrontations, they are constantly assembling evidence and facts to make their case.

But here's the twist. They are not looking for facts with which to defeat opponents. They are looking for facts that ensure them an ever-expanding roster of opponents. They can be correct facts, incorrect facts, irrelevant facts, it doesn't matter. The point is not to win the argument, the point is to make sure the argument never stops. Permanent war isn't a policy imposed from above; it's an emotional imperative that rises from the bottom. In a way, it actually helps if the fact is dubious or untrue (like the Swift-boat business), because that

guarantees an argument. You're arguing the particulars, where you're right, while they're arguing the underlying generalities, where they are.

Once you grasp this fact, you're a long way to understanding what the Hannitys and Limbaughs figured out long ago: These people will swallow anything you feed them, so long as it leaves them with a demon to wrestle with in their dreams.

Which brings me back to *Left Behind*. Who gets left behind? Nobody, that's who. How could they leave us behind? They couldn't live without us. Even their most intimate family meals would seem lonely if we were missing.

## At first, the vaca-

tioning New York schoolteacher Tom Hamill didn't say much at the dinner table. Speak when spoken to, help serve the fettuccine, pass the white bread and margarine. Ask politely about her son's senior year at high school, her twelve-year-old daughter's home schooling, the job her husband lost two years ago—or maybe it was five. Smile in placid agreement as Susie compares Massachusetts Democrats (like Tom's real-life mother) to Al Qaeda. A cozy family dinner in Anytown, U.S.A.

Dinner started at about seven. John Kerry was set to accept the nomination at the FleetCenter in a few hours. Dinner Table wondered if the terrorists would strike.

"No, no," Susie said. "The criminals wouldn't attack their own kind."

"Hear, hear," I said.

I concentrated on my food. Grace was easy: Just hang your head. But once they moved into politics and religion, I began to worry that my silence was becoming conspicuous. Susie was shooting me searching looks. I noticed her husband, the wiry gray-haired dad with the slow voice and the henpecked posture, was watching me whenever I chewed. Like he was checking to see if I would swallow. Finally the discussion switched to the high school one of her sons attended; he had a couple of crazy teachers there, a mean lady and a guy with man-boobs....

"We have a transvestite at our school," I whispered, suddenly inspired.

Susie's husband and older son were still talking about the man-boobs teacher. "Whaddya mean, which one?" the younger said to his dad.

"We have a transvestite at our school," I repeated.

Only Susie heard me. "No!" she screamed. "Did you hear what he said? A transvestite works at his school!" She turned to me in horror. "Is he allowed to dress like a woman?"

Now I had everyone's attention.

"Oh, yeah," I said. "Totally normal guy, except that at some point, he started reading all kinds of..."

"Books?" Susie guessed.

"It's called possession," her husband said.

"Yeah, books," I said. "It started ... he was reading Agatha Christie books at first, then he got really into detectives. Next thing you know, he's reading Nietzsche. You know, the German philosopher."

"The weirdo German!" Susie exclaimed. Everyone was staring at me in shock.

"And he comes up to me one day and says, you know, 'Well, since there's no God, I might as well be gay!'"

"Oh, my God," her husband whispered.

"And he starts talking like this, and his appearance got more and more strange.... He started coming into work in drag..."

"Oh, my God," the husband repeated.

"And his boyfriend would come and pick him up at school..." I went on.

"Oh!" Susie shrieked, scrunching her nose, as though smelling rotting cheese.

"The thing is, I'm the one who gets in



trouble," I said. "Like, there was this one little girl. I caught her listening to 50 Cent—you know, the rapper – and I started telling her about the torments of hell, and how she'd pay in eternity and all of that. And the principal comes up to me, and he's like, 'Stop, you're scaring the children!'"

"Oh, yeah," Susie snorted.

"And I'm like, 'I'm scaring her? Are you crazy? This girl is seven years old. She needs to know about these things!'

"We have kids now, because they know you're a Christian, they go out of their way to make your life miserable," I said. "I know this one guy. They'll take his Bible from his classroom and snort cocaine off it, right in front of him!"

Susie put her hands over her heart.

"They'll get suspended for a week," I said. "But then they're right back in there."

The table fell silent. The kids slowly started to slip away. Soon the only ones left were me, Mom and Dad, and a nearly empty bowl of fettuccine. Forty minutes in, my fork was still scraping the plate.

"Now this is good fettuccine," I said.

*MATT TAIBBI wrote about the press corps covering the Kerry campaign in RS 947.*

ADVERTISEMENT

ROLLING STONE PRESENTS THE DONNA

Please join Rolling Stone for an exclusive Private Concert featuring The Donnas on Thursday, November 4th at Park We



Kindly RSVP to 8 by November 3rc

Presented by: Mil Gillette, Boost M Zoo York.

ROW-A-PALOOZA FEATURING GAVIN DEG

Please Join Nautica Jeans Company & Rolling Stone for the first annual Row-a-Palooza, a FREE music festival at the Head Of The Charles® regatta, for an exclusive performance by J Records recording artist, Gavin DeGraw.

Sunday, October 24th
Weeks Footbridge & Memorial Drive
Cambridge, MA
Festival Begins at 12 Noon

FUNKMASTER FLEX ROLLS WITH BFC



In addition to being the nation's Hip Hop radio personality, Flex is creating customized rides for top the majority of whom ride on BF Why? "They have everything I wa old school muscle or the latest d rides at Flex's www.teambaurtv the coolest tires at www.bfgood

**BFGoodrich**

INTRODUCING THE ALL-NEW HYUNDAI T IT'S OPEN TO ANYTHING.

When you're ready for anything, so is the all-new Hyundai Tucson SUV. An Electronic Stability Program, ABS, traction control, and front, side-impact, and side-curtain airbags come standard. Available features include a V6 engine and 4WD. And it comes with America's Best Warranty:** 10 years/100,000 miles. Learn more at HyundaiTucson.com.



NORELCO COOL SKIN

There's nothing like a close shave. And there's nothing like Norelco Cool Skin. With integrated NIVEA FOR MEN shaving lotion and patented Glide Rings, it shaves as close as a blade, with less irritation. Shave in or out of the shower. It's the shaver built to revitalize like nothing else. Norelco.com/coolskin





EXHIBIT 'B'